UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICHAEL KAADY,

        Plaintiff,

v.

OFFICER ROBEL SHIFERAW, *in his Official capacity as an officer within the Portland Police Bureau*,

        Defendant.

_____

Case No. 3:21-cv-00966-AR

JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), and Notice of Acceptance of Offer of Judgment (ECF No.77),

Judgment is entered in favor of Michael Riad Kaady and against Officer Robel Shiferaw. in the sum of TWENTY-FIVE THOUSAND and ONE and no/100 Dollars ($25,001.00), plus costs (excluding any prevailing fee), and including reasonable attorney's fees to be determined by the Court, incurred as of the date and time of the Offer of Judgment, and the dismissal with prejudice of all defendants.

This Judgment shall not be construed as an admission of defendant's liability nor an admission that plaintiff suffered any damages.

DATED this 30th day of April, 2024.

                                    MELISSA AUBIN
                                    Clerk of Court

                     By:  /s/ P. Geringer_____
                            P. Geringer, Deputy Clerk